FILED
December 31, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                    ) CASE NUMBER: 2:15-mj-00247-KJN
       Plaintiff,     )
v.                                ) ORDER FOR RELEASE
                                    ) OF PERSON IN CUSTODY
JIM VUE,                          )
       Defendant.    )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Jim Vue; Case 2:15-mj-00247-KJN from custody and for the following reasons:

       __     Release on Personal Recognizance

       __     Bail Posted in the Sum of _____

       X      Unsecured Appearance Bond in the amount of $25,000.00, co-signed by defendant's father, Chao Vue

       __     Appearance Bond with 10% Deposit

       __     Appearance Bond secured by Real Property

       __     Corporate Surety Bail Bond

       X      (Other) Pretrial Supervision/Conditions:

Issued at Sacramento, CA on 12/31/2015 at 11:30 A.M.

By _____
Kendall J. Newman
United States Magistrate Judge